B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Care Centers, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-3874609 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2201 West Main Street<br>Evanston, IL<br>ZIP Code: 60202 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Care Centers, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Care Centers, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Steven B. Chaiken,
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

October 6, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ David M. Aronin
Signature of Authorized Individual

David M. Aronin
Printed Name of Authorized Individual

Sole Director
Title of Authorized Individual

October 6, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Northern District of Illinois

In re  Care Centers, Inc.                                              Case No. _____
                                    Debtor(s)                          Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 42

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  October 6, 2009            /s/ David M. Aronin
                                  David M. Aronin/Sole Director
                                  Signer/Title

Ann Adams
Administrator Estate of Auberta Robinson
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Avalon Rehabilitation & Healthcare LLC
Hall, Render, Killian, Heath & Lyman
One American Sq., Suite 2000
Indianapolis, IN 46201


Bernard Wren
Administrator Estate of Maurice Wren
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Bonnie Webb
Administrator Estate of Billy Webb
c/o Vrdolyak Law Group, LLC
7725 West 159th Street, Suite A
Tinley Park, IL 60477


Brande Massey
Adm. Estate of Shirley Massey
c/o Slavin & Slavin
20 S. Clark Street, Suite 510
Chicago, IL 60603


Brenda Dawson
Administrator Estate of James Yearwood
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Brenda Moore
Administrator Estate of Lula Moore
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Carol Risley
Administrator Estate of Mandy Themer
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610

```
Carol Schmidt & Julie Allen
Co-Guardians of Beatrice Schmidt
c/o Clifford Law Office PC
120 North LaSalle St., 31st Fl.
Chicago, IL 60602


Caroline Smith
Administrator Estate of Nellie Smith
c/o Salvi, Schostok & Pritchard PC
218 North Martin Lunther King Jr. Ave.
Waukegan, IL 60085


Chester & Travis Marks
Plenary Co-Guardians Estate Hattie Marks
c/o Salvi, Schostok & Pritchard PC
218 North Utica Street
Waukegan, IL 60085


Cynthia Wade
Administrator Estate of Luzella Roberts
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


David Horslev
Administrator Estate of Annette Horslev
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Dolorise Dancy Johnson
Administrator Estate of Stanley T. Dancy
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Dorothy Brooks
Administrator Estate of Doris Rogers
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Earnestine Watson
Guardian Estate of WM Sloan
c/o Miroballi, Durkin & Rudin
6 West Hubbard Street
Chicago, IL 60610
```

Eric Rothner
2201 West Main Street
Evanston, IL 60202


Evone Evans
Administrator, Estate of Adyna McGhee
c/o Salvi, Schostok & Pritchard PC
218 North Martin Lunther King Jr. Ave.
Waukegan, IL 60085


Francis Jackson
Administrator Estate of Franes Sharpe
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Gwendolyn Whorley
Administrator Estate of D.C. Collier
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Health Care Finance
199 Water Street, 20th Floor
New York, NY 10038


James Nelson
Administrator Estate of Loretta Nelson
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


John E. Jackson
Administrator Estate Johnnie M. Jackson
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Juanita Ballenger
Administrator Estate Clarence Ballenger
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610

Kathleen Ryl-Kuchar
c/o David L. Lee, Esq.
53 West Jackson Blvd., Suite 660
Chicago, IL 60604


Kerry Carter
Administrator Estate Willie Mae Carter
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Lasharon Smith
Administrator Estate of Dorothy Couch
c/o Skouteris & Magee PLLC
50 North Front Street, Suite 920
Memphis, TN 38103


Lessie Wooden & Issac Wooden
c/o Miller Fisher, LLC
8927 Broadway
Merrillville, IN 46410


Lilia Leivas
Administrator Estate of Lusiana Cano
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610


Linda Geddes
Administrator Estate of Cedia Cook
c/o Mary Ellen Cagney
10 South LaSalle St., Suite 3500
Chicago, IL 60603


Linda Hyer
Administrator, Estate of Mary Jones
c/o Salvi, Schostok & Pritchard PC
218 North Utica Street
Waukegan, IL 60085


Mark Castanda
Administrator Estate of Theresa Martinez
Dicker & Dicker
300 West Adams St., Suite 330
Chicago, IL 60606

```
Natalie Ruby
c/o Law Offfices of Kedzie, Muir
 & Associates, LLC
39 South LaSalle St., Suite 915
Chicago, IL 60603


National Utility Review, LLC
c/o Tuggle Duggins & Mescan, PA
100 N. Greene St., Suite 600
Greensboro, NC 27410


National Utility Review, LLC
c/o Chris Leng - Registered Agent
1921 New Garden Road, G-304
Greensboro, NC 27410


Nora Pina
Administrator Estate of Soledad Vargas
c/o Karchmar & Lambert PC
211 West Wacker Dr., Suite 550
Chicago, IL 60606


Norala Woods
c/o Kralovec, Jambois & Schwartz
60 West Randolph, 4th Floor
Chicago, IL 60601


Private Trust & Rod Thomas
Co-Guardians of Pearlie Thomas
c/o Rogich & Richardson, Ltd.
111 West Washington St., Suite 1200
Chicago, IL 60602


Rufus Martin
c/o Briones, Harvey & Trevino
1912 Ridge Road
Homewood, IL 60430


Sandra Williams
Plenary Guardian Estate of Marie Tillman
c/o Levin & Perconti
325 North LaSalle St., Suite 450
Chicago, IL 60610
```

Tracie Sullivan
Administrator Estate Katherine Sullivan
c/o The Rooth Law Firm PC
1330 B. Sherman Ave.
Evanston, IL 60201


Vernell Robinson
Administrator Estate of Marion Robinson
c/o Kralovec, Jambois & Schwartz
60 West Randolph, 4th Floor
Chicago, IL 60601