IN THE
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARE CENTERS, INC. | ) | Case No.  09-37217 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff. |

**DESIGNATION OF CONTENTS OF RECORD ON APPEAL
AND STATEMENT OF ISSUES**

Appellant Eric Rothner, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, respectfully submits the following Designation of Contents of Record on Appeal and Statement of Issues arising out of his October 1, 2012 notice of appeal.  (*See* Doc. 242).

A. **Pleadings, Motions, Orders and Transcripts
To Be Included In the Record On Appeal:**

1. Notice of Motion and Motion to Approve Compromise or Settlement (Doc. 181);

2. Order Granting Motion to Approve Settlement (Doc. 188);

3. Notice of Hearing and Objection to Claim 34 (Doc. 189);

4. Amended Notice of Hearing (Doc. 193);

5. Notice of Motion and Motion to Strike Eric Rothner's Objection to Claim 34-1 (Doc. 219);

6. Memorandum in Support of Motion to Strike (Doc. 220);

7. Response to Motion to Strike (Doc. 223);

8. Notice of Filing (Doc. 224);

9. August 14, 2012 Order (Doc. 226);

10. Order Mooting Motion to Strike (Doc. 227);

11. Transcript regarding Hearing Held on 8/14/2012 (Doc. 230);

12. Notice of Motion and Motion for Relief from Judgment (Doc. 231);

13. Order Denying Motion for Relief from Judgment (Doc. 232);

14. Notice of Motion and Motion to Extend Time to Appeal (Doc. 234);

15. Order Granting Motion to Extend Time to Appeal (Doc. 238);

16. Transcript regarding Hearing Held 8/28/2012 (Doc. 239);

17. Notice of Appeal (Doc. 242).

**B. Statement of Issue On Appeal:**

Did the Bankruptcy Court err in finding Eric Rothner's objection to Claim 34-1 untimely, where the parties had agreed in their settlement agreement that the time for filing objections would run 30 days after the time for appealing the Bankruptcy Court's order approving the settlement expired; and, where Mr. Rothner filed his objection 11 days after the time for the time for appealing the Bankruptcy Court's approval order expired?

    Respectfully submitted,

    Eric Rothner

    By:   /s/Joseph P. Kincaid
           One of his attorneys

Dated: October 15, 2012.

Joseph P. Kincaid, Esq., No. 6202639
Charles S. Stahl, Jr., No. 2699915
Thomas J. Verticchio, No. 6190501
Amy Z. Knapp, No. 6271655
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 (fax)