**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   CARE CENTERS, INC.   §   Case No. 09-37217-WRE
                              §
                              §
Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/18/2015 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/16/2015            By:   /s/Eugene Crane
                                         Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CARE CENTERS, INC. § Case No. 09-37217-WRE
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,178,765.19 |
| *and approved disbursements of* | $ 3,928,637.52 |
| *leaving a balance on hand of* [1] | $ 250,127.67 |
| **Balance on hand:** | $ 250,127.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 25 -3 | VGM Financial Services | 734,171.66 | 0.00 | 0.00 | 0.00 |
| 38 | Extended Care Consulting, LLC | 508,282.93 | 0.00 | 0.00 | 0.00 |
| 67 | American Honda Finance Corporation | 12,579.33 | 0.00 | 0.00 | 0.00 |
| 68 | American Honda Finance Corporation | 21,163.71 | 0.00 | 0.00 | 0.00 |
| 69 | American Honda Finance Corporation | 21,630.82 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 250,127.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 148,595.34 | 0.00 | 148,595.34 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 57,222.00 | 0.00 | 57,222.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,013.37 | 0.00 | 1,013.37 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 12,613.00 | 0.00 | 12,613.00 |
| Other Fees: Figliulo & Silverman,P.C. | 30,000.00 | 0.00 | 30,000.00 |
| Other Expenses: Figliulo & Silverman,P.C. | 96.67 | 0.00 | 96.67 |

Total to be paid for chapter 7 administration expenses: $ 249,540.38
Remaining balance: $ 587.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 587.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 587.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 3,422,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rufus Martin | 65,000.00 | 65,000.00 | 0.00 |
| 2 | Rufus Martin | 0.00 | 0.00 | 0.00 |
| 3 | Rufus Martin | 0.00 | 0.00 | 0.00 |
| 4 | Ann Adams | 40,000.00 | 40,000.00 | 0.00 |
| 5 | Dorothy Brooks | 40,000.00 | 40,000.00 | 0.00 |
| 6 | Kerry Carter | 40,000.00 | 40,000.00 | 0.00 |
| 7 | Dolorise Dancy Johnson | 40,000.00 | 40,000.00 | 0.00 |
| 8 | David Horslev | 75,000.00 | 75,000.00 | 0.00 |
| 9 | John E. Jackson | 40,000.00 | 40,000.00 | 0.00 |
| 10 | Brenda Moore | 40,000.00 | 40,000.00 | 0.00 |
| 11 | Carol Risley | 40,000.00 | 40,000.00 | 0.00 |
| 12 | Helen Terrell | 150,000.00 | 150,000.00 | 0.00 |
| 13 | Cynthia Wade | 40,000.00 | 40,000.00 | 0.00 |
| 14 | Sandra Williams | 40,000.00 | 40,000.00 | 0.00 |
| 15 | Brenda Dawson | 40,000.00 | 40,000.00 | 0.00 |
| 16 | Lilia Leivas | 40,000.00 | 40,000.00 | 0.00 |
| 17 | James Nelson | 150,000.00 | 150,000.00 | 0.00 |
| 18 | Gwendolyn Whorley | 0.00 | 0.00 | 0.00 |
| 19 | Juanita Ballenger | 0.00 | 0.00 | 0.00 |
| 20 | Bernard Wren | 150,000.00 | 150,000.00 | 0.00 |
| 21 -2 | Foley Lardner LLP | 27,000.00 | 27,000.00 | 0.00 |
| 22 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 23 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 24 | Susanna Castaneda | 0.00 | 0.00 | 0.00 |
| 26 | Donna Singleton | 0.00 | 0.00 | 0.00 |
| 27 -2 | Earnestine Watson, Adm of Estate of William Sloan | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 28 | Lessie Wooden & Issac Wooden | 0.00 | 0.00 | 0.00 |
| 29 | Marlene Huff | 60,000.00 | 60,000.00 | 0.00 |
| 30 | Estate of Pearlie Thomas | 0.00 | 0.00 | 0.00 |
| 31 | Eric Rothner | 0.00 | 0.00 | 0.00 |
| 32 | Select Medical Rehabilitation Services Inc | 125,000.00 | 125,000.00 | 0.00 |
| 33 | Carol Schmidt & Julie Allen | 2,000,000.00 | 2,000,000.00 | 0.00 |
| 34 | National Utility Review, LLC | 100,000.00 | 100,000.00 | 0.00 |
| 35 | Chester & Travis Marks | 0.00 | 0.00 | 0.00 |
| 36 | Caroline Smith | 40,000.00 | 40,000.00 | 0.00 |
| 37 | Linda Hyler | 40,000.00 | 40,000.00 | 0.00 |
| 39 -2 | Eric Rothner | 0.00 | 0.00 | 0.00 |
| 40 | Eric Rothner | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    587.29

Tardily filed claims of general (unsecured) creditors totaling $ 207,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 41 | Jason Garti MD | 10,000.00 | 10,000.00 | 0.00 |
| 42 | Andrew T Decker | 137,500.00 | 137,500.00 | 0.00 |
| 43 | Bank of America Leasing | 0.00 | 0.00 | 0.00 |
| 44 | BankFinancial, FSB c/o Christopher Keating | 0.00 | 0.00 | 0.00 |
| 45 | Charles J. Wilks Sr Admin of estate Emma Lee Bennett | 60,000.00 | 60,000.00 | 0.00 |
| 46 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 47 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 48 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 49 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 50 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 51 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 52 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 53 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 54 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 55 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 56 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 57 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 58 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 59 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 60 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 61 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 62 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 63 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 64 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 65 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |
| 66 | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   587.29

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   587.29

The amount of surplus returned to the debtor after payment of all claims and interest is $ 587.29.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-37217-ERW
Care Centers, Inc.                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mflowers          Page 1 of 4           Date Rcvd: Jul 16, 2015
                            Form ID: pdf006         Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2015.
```
db         +Care Centers, Inc.,    2201 West Main Street,    Evanston, IL 60202-1519
15281405   +Andrew T Decker,    1462 E Gloria,    Palatine, Illinois 60074-5758
14542604    Ann Adams,    Administrator Estate of Auberta Robinson,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14905141   +Arnold H. Landis, P.C.,    77 West Washington St., Ste. 702,    Chicago, IL 60602-3267
14696848   +Ashman & Stein,    150 N Wacker Drive,    #3000,    Chicago, IL 60606-1610
14542605   +Avalon Rehabilitation & Healthcare LLC,    Hall, Render, Killian, Heath & Lyman,
             One American Sq., Suite 2000,    Indianapolis, IN 46282-0004
14696843   +Bank of America,    Po Box 45224,    Jacksonville, FL 32232-5224
15298159   +Bank of America Leasing,    2600 W Big Beaver Rd,    Troy, MI 48084-3309
15322961    BankFinancial, FSB c/o Christopher Keating,    Vice President Portfolio Manager,
             15W060 W. Frontage Road,    Burr Ridge, Illinois 60521
14542606    Bernard Wren,    Administrator Estate of Maurice Wren,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542607   +Bonnie Webb,    Administrator Estate of Billy Webb,    c/o Vrdolyak Law Group, LLC,
             7725 West 159th Street, Suite A,    Tinley Park, IL 60477-9309
14542608   +Brande Massey,    Adm. Estate of Shirley Massey,    c/o Slavin & Slavin,
             20 S. Clark Street, Suite 510,    Chicago, IL 60603-1833
14542609    Brenda Dawson,    Administrator Estate of James Yearwood,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542610    Brenda Moore,    Administrator Estate of Lula Moore,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14696884   +Briar Place Ltd,    6800 Joliet,    Indian Head Park, IL 60525-4460
14696849   +Brooks, Pierce Mclendon Humphrey & Leonard,    Po Box 26000,    Grensboro, NC 27420-6000
14696850   +Care Centers Building LLC,    2201 W Main St,    Evanson, IL 60202-1519
14542611    Carol Risley,    Administrator Estate of Mandy Themer,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542612   +Carol Schmidt & Julie Allen,    Co-Guardians of Beatrice Schmidt,    c/o Clifford Law Office PC,
             120 North LaSalle St., 31st Fl.,    Chicago, IL 60602-2493
15271021   +Caroline Smith,    Administrator, Estate of Nellie Smith,    c/o The Law Offices of David Pribyl,
             516 N Milwaukee Ave,    Libertyville IL 60048-2019
14542613   +Caroline Smith,    Administrator Estate of Nellie Smith,    c/o Salvi, Schostok & Pritchard PC,
             218 North Martin Lunther King Jr. Ave.,    Waukegan, IL 60085-4236
15695763   +Charles J. Wilks, Sr., Administrator of the Estate,     of Emma Lee Bennett,    Brustin & Lunblad,
             100 West Monroe Street, Fourth Floor,    Chicago, IL 60603-1967
15270947   +Chester & Travis Marks,    Plenary Co-Guardians,    c/o The Law Offices of David Pribyl,
             516 N Milwaukee Ave,    Libertyville,IL 60048-2019
14542614   +Chester & Travis Marks,    Plenary Co-Guardians Estate Hattie Marks,
             c/o Salvi, Schostok & Pritchard PC,    218 North Utica Street,    Waukegan, IL 60085-4236
14696885   +Concord Extended Care,    9401 S Ridgeland Ave,    Oak Lawn, IL 60453-2221
14542615    Cynthia Wade,    Administrator Estate of Luzella Roberts,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542616    David Horslev,    Administrator Estate of Annette Horslev,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542617    Dolorise Dancy Johnson,    Administrator Estate of Stanley T. Dancy,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
15074675   +Donna Singleton,    c/o Horwitz & Associates Ltd,    25 East Washington St Ste 900,
             Chicago, IL 60602-1716
14542618    Dorothy Brooks,    Administrator Estate of Doris Rogers,    c/o Levin & Perconti,
             325 North LaSalle St., Suite 450,    Chicago, IL 60610
14696886   +Dyer Nursing and Rehab Center LLC,    601 SHeffield Ave,    Dyer, IN 46311-1167
14542619   +Earnestine Watson,    Guardian Estate of WM Sloan,    c/o Miroballi, Durkin & Rudin,
             6 West Hubbard Street,    Chicago, IL 60654-6253
15095913   +Earnestine Watson, Adm of Estate of William Sloan,     c/o H. Scott Rudin,
             Miroballi Durkin & Rudin, LLC,    6 West Hubbard Street, Suite 300,
             Chicago, Illinois 60654-7575
14696887   +Edgewater Care and Center Inc,    dba Sheridan Shores Nursing,    Rehab Center Inc,
             5838 N Sheridan Road,    Chicago, IL 60660-4916
14542620   +Eric Rothner,    Joseph P Kincaid/Swanson,    Martin & Bell LLP,
             330 North Wabash AVenue Suite 3300,    Chicago, IL 60611-3604
14696888   +Eric Rothner Ltd Partnership #10,    dba Wheaton Care Center Ltd,    1325 Manchester Rd,
             Wheaton, IL 60187-4798
15095699   +Ernestine Watson,    c/o H. Scott Rudin,    Miroballi Durkin & Rudin, LLC,
             6 West Hubbard Street, Suite 300,    Chicago, Illinois 60654-7575
15095763   +Ernestine Watson, Adm of Estate of William Sloan,     c/o H. Scott Rudin,
             Miroballi Durkin & Rudin, LLC,    6 West Hubbard Street, Suite 300,
             Chicago, Illinois 60654-7575
15172126   +Estate of Pearlie Thomas,    c/o Rogich & Richardson, Ltd.,    111 W. Washington,    Suite 1200,
             Chicago, IL 60602-3470
14542621   +Evone Evans,    Administrator, Estate of Adyna McGhee,    c/o Salvi, Schostok & Pritchard PC,
             218 North Martin Lunther King Jr. Ave.,    Waukegan, IL 60085-4236
16833855   +Extended Care Consulting, LLC,    c/o Joseph P. Kincaid, Esq.,    Swanson, Martin & Bell, LLP,
             330 N. Wabash, Suite 3300,    Chicago, IL 60611-3764
14696851   +Foley Lardner LLP,    C/O Arnold H Landis,    77 W Washington #702,    Chicago, IL 60602-3267
```

```
District/off: 0752-1          User: mflowers              Page 2 of 4                  Date Rcvd: Jul 16, 2015
                              Form ID: pdf006             Total Noticed: 106


14696889      +Forest Park LLC,    8200 W Roosevelt Rd,    Forest Park, IL 60130-2528
14542622       Francis Jackson,    Administrator Estate of Franes Sharpe,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14696845      +GMAC,   Po Box 9001946,    Louisville, KY 40290-1946
14696854     ++GREATAMERICA FINANCIAL SERVICES CORPORATION,     PO BOX 609,    CEDAR RAPIDS IA 52406-0609
              (address filed with court: Great America Leasing,      625 First St SE,    Po Box 609,
                 Cedar Rapids, IA 52401)
14696853      +Grand Park Management Corp,    Po Box 404,    Valpariso, IN 46384-0404
14696890      +Grasmere Place LLC,    4621 North Sheridan Road,     Chicago, IL 60640-5019
14542623       Gwendolyn Whorley,    Administrator Estate of D.C. Collier,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14696846      +HFG Healthco-Four LLC,    2 Wall Street,    New York, NY 10005-2001
14542624      +Health Care Finance,    199 Water Street, 20th Floor,     New York, NY 10038-3581
14696855      +Helen Terrell,    C/O Levin  Perconti,    325 N LaSalle #450,     Chicago, IL 60654-6466
14696856      +Hunter Management LLC,    2201 W Main St,    Evanston, IL 60202-1519
14696891      +Imperial Manor Hazelcrest LlCL,    3300 West 175th St,     Hazel Crest, IL 60429-1604
14696892      +International Village,    dba Highlander Care,    4815 S Western Ave,     Chicago, IL 60609-4067
14542625       James Nelson,    Administrator Estate of Loretta Nelson,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
15281197      +Jason Garti MD,    Ruth V Enright,    Baker & Enright,    33 W Jackson Blvd 3rd Floor,
                 Chicago, IL 60604-4149
14696857      +Jeglett Byrd,    C/O Krlovec Jambois & Schwartz,     60 W Randolph St., 4th Floor,
                 Chicago, IL 60601-3373
14542626       John E. Jackson,    Administrator Estate Johnnie M. Jackson,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542627       Juanita Ballenger,    Administrator Estate Clarence Ballenger,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542628      +Kathleen Ryl-Kuchar,    c/o David L. Lee, Esq.,    53 West Jackson Blvd., Suite 660,
                 Chicago, IL 60604-3453
14542629       Kerry Carter,    Administrator Estate Willie Mae Carter,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542630      +Lasharon Smith,    Administrator Estate of Dorothy Couch,     c/o Skouteris & Magee PLLC,
                 50 North Front Street, Suite 920,    Memphis, TN 38103-1102
14542631      +Lessie Wooden & Issac Wooden,    c/o Miller Fisher, LLC,     8927 Broadway,
                 Merrillville, IN 46410-7039
15164766      +Lessie Wooden & Issac Wooden,    387 Clark Rd, Apt 103,     Gary, IN 46406-1837
14542632       Lilia Leivas,    Administrator Estate of Lusiana Cano,     c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14542633      +Linda Geddes,    Administrator Estate of Cedia Cook,     c/o Mary Ellen Cagney,
                 10 South LaSalle St., Suite 3500,    Chicago, IL 60603-1025
14542634      +Linda Hyer,    Administrator, Estate of Mary Jones,     c/o Salvi, Schostok & Pritchard PC,
                 218 North Utica Street,    Waukegan, IL 60085-4236
15271123      +Linda Hyler,    Administrator, Estate of Mary Jones,     c/o The Law Offices of David Pribyl,
                 516 N Milwaukee Ave,    Libertyville IL 60048-2019
14696858      +Marcus White,    C/O Cooney and Conway,    120 N LaSalle St., 30th Floor,
                 Chicago, IL 60602-2492
14542635      +Mark Castanda,    Administrator Estate of Theresa Martinez,     Dicker & Dicker,
                 300 West Adams St., Suite 330,    Chicago, IL 60606-5107
15171874       Marlene Huff,    Rogich & Richardson Ltd,    111 W Washington #1200,     Chicago, IL 60602-3470
14696859      +Marlene Huff,    Rogich & Richardson Ltd,    111 W Washngton #1200,     Chicago, Il 60602-3470
14696893      +McKinley Health Care Center LLC,    800 Market Ave North,     Canton, OH 44702-1083
14542636      +Natalie Ruby,    c/o Law Offfices of Kedzie, Muir,     & Associates, LLC,
                 39 South LaSalle St., Suite 915,    Chicago, IL 60603-1734
14542637      +National Utility Review, LLC,    c/o Tuggle Duggins & Mescan, PA,     100 N. Greene St., Suite 600,
                 Greensboro, NC 27401-2546
14542638      +National Utility Review, LLC,    Attn: Chris Leng,    PO Box 39506,     Greensboro, NC 27438-9506
14542639       Nora Pina,    Administrator Estate of Soledad Vargas,     c/o Karchmar & Lambert PC,
                 211 West Wacker Dr., Suite 550,    Chicago, IL 60606-1300
14542640      +Norala Woods,    c/o Kralovec, Jambois & Schwartz,    60 West Randolph, 4th Floor,
                 Chicago, IL 60601-3373
14696860      +Oce Financial Services Inc,    C/O CT Corporation System,     208 S LaSalle Ste 814,
                 Chicago, IL 60604-1101
14696861      +Postlia Inc,    140 N Mitchell Court,    Addison, IL 60101-7200
14696894      +Prairie Manor Nursing & Rehba Ctr LLC,     345 Dixie Highway,    Chicago Heights, IL 60411-1757
14542641      +Private Trust & Rod Thomas,    Co-Guardians of Pearlie Thomas,     c/o Rogich & Richardson, Ltd.,
                 111 West Washington St., Suite 1200,    Chicago, IL 60602-3470
14542642      +Rufus Martin,    c/o Briones, Harvey & Trevino,    1912 Ridge Road,     Homewood, IL 60430-2206
14542643       Sandra Williams,    Plenary Guardian Estate of Marie Tillman,      c/o Levin & Perconti,
                 325 North LaSalle St., Suite 450,    Chicago, IL 60610
14696895      +Sebos Nursing and Rehab Center LLC,    4410 w 49th Avenue,     Hobart, IN 46342-3744
15262371      +Select Medical Rehabilitation Services Inc,    c/o Courtney Smith Paralegal,
                 4714 Gettysburg Rd,    Mechanicsburg, PA 17055-4325
14696896      +Somerset Place LLC,    3009 N Sheridan Road,    Chicago, IL 60657
14696897      +South Shore Nursing & Rehab Cntr,    dba South Shore Care Centr LLC,      2649 E 75th St,
                 Chicago, IL 60649-3835
14696862      +Susanna Castaneda,    C/O Horwitz & Associates Ltd,     25 E Washington St., Ste 900,
                 Chicago, IL 60602-1716
14696863      +Toshiba America Information Systems Inc,    1961 Hirst Drive,     Moberly, MO 65270-3046
14542644      +Tracie Sullivan,    Administrator Estate Katherine Sullivan,     c/o The Rooth Law Firm PC,
                 1330 B. Sherman Ave.,    Evanston, IL 60201-4324
```

```
District/off: 0752-1          User: mflowers              Page 3 of 4                Date Rcvd: Jul 16, 2015
                              Form ID: pdf006             Total Noticed: 106


14696847       +++VGM Financial Services,    1111 W. San Marnan Drive,    Waterloo, IA 50701-8924
14696864        +Vanessa Muhammad,    C/O Kralovec Jambois & Schwartz,    60 W Randolph #4,
                  Chicago, IL 60601-3373
14696898         VentLease LLC,    2210 West Main,    Evanston, IL 60202
14542645        +Vernell Robinson,    Administrator Estate of Marion Robinson,    c/o Kralovec, Jambois & Schwartz,
                  60 West Randolph, 4th Floor,    Chicago, IL 60601-3373
14696899        +Washington Heights Nursing & Rehab Ctr,    1010 West 95th Street,    Chicago, IL 60643-1580
14696900        +Westshire Nursing & Rehab Ctr., LLC,    5825 W Cermak Road,    Cicero, IL 60804-2195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14696841         E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 17 2015 00:56:06     Acura Financial Services,
                  Po Box 5308,   Elgin, IL 60121
17241170         E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 17 2015 00:56:06
                  American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                  Irving, TX 75016-8088
14696842         E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 17 2015 00:56:06
                  American Honda Finance Corporation,    Po Box 5308,   Elgin, IL 60121
14696844        +E-mail/Text: swilloughby@firstbt.com Jul 17 2015 00:57:21     First Bank & Trust,
                  820 Church Street,   Evanston, IL 60201-3764
14696852        +E-mail/Text: capitalbankruptcynotice@ge.com Jul 17 2015 00:56:27
                  General Electric Capital Corporation,    1010 Thomas Edison BLVD SW,
                  Cedar Rapids, IA 52404-8247
14696865         E-mail/Text: cio.bncmail@irs.gov Jul 17 2015 00:54:02
                  Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
                  PO Box 21126,   Philadelphia PA 19114
14696866         E-mail/Text: rev.bankruptcy@illinois.gov Jul 17 2015 00:54:45
                  Illinois Department of Revenue,    Bankruptcy Section,   P O Box 64338,   Chicago IL 60664-0338
14696867        +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 17 2015 00:57:09
                  Illinois Dept of Employment Security,    Benefit Payment Control Division,   PO Box 4385,
                  Chicago IL 60680-4385
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
          Amy   Knapp    on behalf of Creditor Eric  Rothner aknapp@smbtrials.com
          Amy   Knapp    on behalf of Interested Party   Extended Care Clinical, LLC aknapp@smbtrials.com
          Amy   Knapp    on behalf of Interested Party   Extended Care Financing, LLC aknapp@smbtrials.com
          Amy   Knapp    on behalf of Interested Party   Extended Care Consulting, LLC aknapp@smbtrials.com
          Brian   Graber    on behalf of Creditor   Estate of Levorn Shepherd bgraber@rogich.com
          Brian   Graber    on behalf of Creditor   Estate of Pearlie Thomas bgraber@rogich.com
          Catherine   Caporusso    on behalf of Creditor Kathleen  Ryl-Kuchar ccaporusso@yahoo.com
          Charles E. Webster    on behalf of Creditor Charles J Wilks mablaw1@voyager.net,
           cwebster@mablawltd.com
          Charles S. Stahl, Jr.    on behalf of Creditor Eric  Rothner cstahl@smbtrials.com
          Chester H. Foster, Jr.    on behalf of Creditor   VGM Financial Services chf@fosterlegalsvcs.com,
           dbf@fosterlegalservices.com
          David G Pribyl    on behalf of Creditor   Estate of Hattie Marks david@davidpribyl.com
          David G Pribyl    on behalf of Creditor   Estate of Mary Jones david@davidpribyl.com
          David G Pribyl    on behalf of Creditor   Estate of Nellie Smith david@davidpribyl.com
          Eugene   Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
```

```
District/off: 0752-1          User: mflowers              Page 4 of 4                  Date Rcvd: Jul 16, 2015
                              Form ID: pdf006             Total Noticed: 106


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Francis J. Pendergast, III    on behalf of Creditor    BankFinancial, FSB
               fpendergast@crowleylamb.com,    ibenavides@crowleylamb.com;docket@crowleylamb.com
              Gregory J Jordan    on behalf of Creditor    National Utility Review, LLC gjordan@jz-llc.com
              James M. Crowley    on behalf of Creditor    BankFinancial, FSB jcrowley@crowleylamb.com,
               docket@crowleylamb.com;mmusto@crowleylamb.com
              Jerome F Crotty    on behalf of Creditor Beatrice  Schmidt jcrotty@rieckcrotty.com,
               bhenry@rieckcrotty.com
              Joseph P Kincaid    on behalf of Creditor    Estate of Hattie Marks jkincaid@smbtrials.com
              Joseph P Kincaid    on behalf of Interested Party    Extended Care Financing, LLC
               jkincaid@smbtrials.com
              Joseph P Kincaid    on behalf of Debtor    Care Centers, Inc. jkincaid@smbtrials.com
              Joseph P Kincaid    on behalf of Interested Party    Extended Care Consulting, LLC
               jkincaid@smbtrials.com
              Joseph P Kincaid    on behalf of Creditor Eric  Rothner jkincaid@smbtrials.com
              Joseph P Kincaid    on behalf of Interested Party    Extended Care Clinical, LLC
               jkincaid@smbtrials.com
              Karen  Newbury    on behalf of Creditor    Omnicare, Inc. knewbury@schiffhardin.com,
               edocket@schiffhardin.com;rkaferly@schiffhardin.com
              Lauren  Levin    on behalf of Creditor Ernestine  Watson lauren@mdr-law.com
              Michael F Bonamarte    on behalf of Creditor Lilia  Leivas mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Sandra  Williams mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Bernard  Wren mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Delorise  Dancy-Johnson mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Kerry  Carter mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Cynthia  Wade mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Helen  Terrell mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor James  Nelson mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor David  Horslev mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Dorothy  Brooks mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Carol L Risley mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Juanita  Ballenger mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Gwendolyn  Whorley mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Ann  Adams mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Brenda  Dawson mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor Brenda  Moore mfb@levinperconti.com
              Michael F Bonamarte    on behalf of Creditor John E. Jackson mfb@levinperconti.com
              Michael K Desmond    on behalf of Spec. Counsel    Figliulo & Silverman, P.C. mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond    on behalf of Trustee Eugene   Crane mdesmond@fslegal.com,  dorisbay@fslegal.com
              O Allan  Fridman    on behalf of Creditor Andrew  Latos allanfridman@gmail.com,
               Fridman@IAmTheWolf.com
              Patrick D. Lamb    on behalf of Creditor    BankFinancial, FSB plamb@crowleylamb.com,
               raguilar@crowleylamb.com;docket@crowleylamb.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert T Kuehl    on behalf of Creditor    BankFinancial, FSB bob@kuehllawpc.com
              Ronald E Harvey    on behalf of Creditor Rufus  Martin brioneslaw@sbcglobal.net
              Steven B Chaiken    on behalf of Debtor    Care Centers, Inc. schaiken@ag-ltd.com,   lhope@ag-ltd.com
              Timothy R Casey    on behalf of Creditor    Select Medical Rehabilitation Services, Inc.
               timothy.casey@dbr.com,   andrew.groesch@dbr.com
                                                                                             TOTAL: 53
```